UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES STAPELS, et al., | |
| Plaintiffs, | Case No. C07-5443RJB |
| v. | *AMENDED* |
| DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., | MINUTE ORDER SETTING TRIAL, PRETRIAL DATES AND ORDERING MEDIATION |
| Defendants. | |

| | |
|---|---|
| **TEN DAY JURY TRIAL** is RESCHEDULED for 9:30 a.m. on | January 20, 2009 |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 23, 2008 |
| All motions related to discovery must be FILED by | September 2, 2008 |
| Discovery on agency claims completed by | July 23, 2008 |
| All remaining discovery completed by | September 23, 2008 |
| All dispositive motions must be FILED by | October 23, 2008 |
| Settlement conference per CR 39.1(c)(2) HELD no later than | November 24, 2008 |
| Mediation per CR 39.1(c)(3) HELD no later than | December 24, 2008 |
| Letter of compliance as to CR 39.1 FILED by | December 24, 2008 |
| A roster of Local Rule 39.1 mediators can be located on the Internet at www.wawd.uscourts.gov. If you do not have access to the Internet, please contact the Clerk's Office at 253-593-6581. | |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the second Friday thereafter. | December 24, 2008 |
| Agreed pretrial order LODGED with the court by | January 3, 2009 |

AMENDED ORDER SETTING TRIAL, PRETRIAL DATES
AND ORDERING MEDIATION - 1

Pretrial conference will be HELD at 8:30 a.m. on                           January 9, 2009
   (COUNSEL SHALL REPORT TO COURTROOM A)

Trial briefs, proposed voir dire & jury instructions due **           January 9, 2009

\*\*JURY INSTRUCTIONS See Local Civil Rule CR51.   <u>A  Manual of Model Civil Jury Instructions For the Ninth Circuit - Latest Edition</u> should be used as the format for proposed jury instructions.  See www.wawd.uscourts.gov

PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW need not be submitted unless specifically requested by the Judge.

If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.  These are firm dates that can be changed only by order of the Court.

If this case is settled, please advise Dara Kaleel, Courtroom Deputy to Judge Bryan immediately at (253) 882-3824.  If this case is not settled, <u>it will go to trial on the date set or as soon thereafter as the court is available.</u>

The foregoing Minute Order entered **BY DIRECTION OF THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.**

AMENDED ORDER SETTING TRIAL, PRETRIAL DATES
AND ORDERING MEDIATION  - 2