UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES STAPLES, et al.,<br><br>  Plaintiff,<br><br>v.<br><br>DEPARTMENT OF SOCIAL AND<br>HEALTH SERVICES, et al.,<br><br>  Defendants. | Case No. C07-5443RJB<br><br>ORDER TO AMEND<br>ORDER VACATING<br>ORDER GRANTING<br>*PRO HAC VICE* STATUS<br>AND ORDER<br>REGARDING SEALING<br>OF DOCUMENTS |

This matter comes before the court on a review of the file. On September 9, 2008, the court ordered the sealing of exhibits accompanying the Declaration of Kathryn M. Battuello. Dkt. 49 at 4. In order to correct a scrivener's error, said order shall be **AMENDED** as follows: References to Docket No. 41 will be replaced with references to Docket No. 43. An amended order shall be filed.

**IT IS SO ORDERED.**

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 10th day of September, 2008.

/s/ Robert J Bryan
Robert J Bryan
United States District Judge

ORDER