UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES STAPLES, TABO MACK, DON CHO, and KEITH JAMES,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | Case No. C07–5443 RJB<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO CLARIFY THE COURT RECORD |

This matter comes before the Court on DSHS Defendants' Request to Clarify the Court Record (Dkt. 64). The Court has considered Defendants' request and the remainder of the file herein.

It is hereby

**ORDERED** that DSHS Defendants' Request to Clarify the Court Record (Dkt. 64) is **GRANTED**. The record is clarified in accordance with the information contained in Defendants' request.

DATED this 24th day of October, 2008.

*/s/ Robert J Bryan*
Robert J Bryan
United States District Judge

ORDER - 1